IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:06-CV-967

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ENTRY OF DEFAULT** |
| G. MICHAEL CRUMP | ) ) | **Fed. R. Civ. P. 55** |
| Defendant. | ) ) | |

This cause coming before the undersigned upon the request of the plaintiff for entry of default against defendant G. Michael Crump, pursuant to Fed R. Civ. P. 55(a), upon the grounds that the defendant failed to answer or otherwise defend in response to the complaint in this action; that the time in which defendant may answer or otherwise defend has expired; and that defendant is otherwise subject to entry of default as provided by the Federal Rules of Civil Procedure.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that default is entered against defendant as provided by Rule 55 of the Federal Rules of Civil Procedure.

This, the 11 day of December, 2006.

          /s/ John S, Brubaker
          Clerk of Court