IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, ) | |
| FENNER & SMITH INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:06CV967 |
| ) | |
| G. MICHAEL CRUMP, ) | |
| ) | |
| Defendant. ) | |

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 16, 2007, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Defendant's motion to set aside entry of default [Pleading No. 16] is **GRANTED**.

This the day of July 3, 2007

    /s/ N. Carlton Tilley, Jr.
United States District Judge