IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | ) ) ) | |
| Movant, | ) ) | |
| v. | ) ) | No. 06CV00967 |
| G. MICHAEL CRUMP, | ) ) ) | |
| Respondent. | ) | |

JUDGMENT

For the reasons set forth in a contemporaneously filed Memorandum Order, it is ORDERED that judgment shall be entered for the Plaintiff Merrill Lynch, Pierce, Fenner & Smith Incorporated in the amount of $147,565.00 (representing $133,165.00 in compensatory damages plus $14,400.00 in attorneys' fees).

This the 26th day of September, 2007.

/s/ N. Carlton Tilley, Jr.
United States District Judge